# Third District Court of Appeal
## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0361
Lower Tribunal No. F06-29278B

_____

**Will Utile,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Will Utile, in proper person.

James Uthmeier, Attorney General, for appellee.


Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.